Ciera Deann LUTZ n/k/a Ciera
Deann Gallup, Appellant,

v.

Eric Jeffrey LUTZ, Respondent.

No. WD 73798.

Missouri Court of Appeals,
Western District.

Jan. 10, 2012.

Janet Wake Larison, Grant City, MO,
for Appellant.

Thomas J. Keedy, Unionville, MO, for
Respondent.

Before Division Three: KAREN KING
MITCHELL, Presiding Judge, and
JAMES M. SMART, JR., and GARY D.
WITT, Judges.

### Order

PER CURIAM:

Appellant Ciera D. Lutz appeals the trial court's amended judgment modifying an Iowa judgment awarding child custody, child support and visitation for the children of Appellant and her former husband, Respondent Eric J. Lutz. We affirm. Rule 84.16(b).

EVERGREEN IGNITION
INTERLOCK,
Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

No. WD 73845.

Missouri Court of Appeals,
Western District.

Jan. 10, 2012.

Joe F. Willerth, Lee's Summit, MO, for
Appellant.

Leah Williamson, Jefferson City, MO,
for Respondent.

Before Division Three: KAREN KING
MITCHELL, Presiding Judge, and
JAMES M. SMART, JR., and GARY D.
WITT, Judges.

### Order

PER CURIAM:

Appellant, Evergreen Ignition Interlock ("Evergreen"), appeals the Labor and Industrial Relations Commission's determination that it is liable for state unemployment benefits and taxes for its workers engaged as installers because they are employees, rather than independent contractors. We affirm. Rule 84.16(b).